IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ADRIAN GERMAN VASQUEZ,<br><br>                    Defendant. | 4:16-CR-3135<br><br>ORDER |

    The defendant has filed an objection (filing 32) to the Magistrate Judge's decision (filing 27) denying his motion for release (filing 21). The defendant also asks for an evidentiary hearing and oral argument. Filing 32 at 2. The Court will deny those requests and overrule his objection.

    The Court has conducted a *de novo* review of the record pursuant to 18 U.S.C. § 3145(b) and NECrimR 46.2(c). The defendant's detention is presumed, *see* 18 U.S.C. § 3142(e)(3)(A), and on its *de novo* review, the Court agrees with the Magistrate Judge that the evidence—particularly the defendant's previous failure to appear for court proceedings—does not overcome that presumption. The Court further finds no showing of good cause to receive additional evidence, *see* NECrimR 46.2(c), and concludes that neither an additional evidentiary hearing nor oral argument would be helpful to the Court. Accordingly,

    IT IS ORDERED that the defendant's objection (filing 32) to the Magistrate Judge's detention order (filing 27) is overruled.

    Dated this 20th day of January, 2017.

BY THE COURT:

*(signature)*
John M. Gerrard
United States District Judge