IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3135 |
| vs. | MEMORANDUM AND ORDER |
| ADRIAN GERMAN VASQUEZ, | |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's Findings, Recommendation, and Order (filing 52) recommending that the Court deny the defendant's motion to suppress (filing 37). The defendant has not objected to the Magistrate Judge's recommendation.

Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECrimR 59.2(e). The defendant was expressly advised that "failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation." Filing 52 at 6. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will adopt the Magistrate Judge's recommendation that the defendant's motion to suppress be denied, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings, Recommendation, and Order (filing 52) are adopted.

2. The defendant's motion to suppress (filing 37) is denied.

Dated this 14th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge